UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RONALD WAYNE BEALL,<br>    #36548 | )<br>)<br>) |
|     Plaintiff, | )  3:10-cv-00718-ECR-RAM |
| vs. | ) |
| NORTHERN NEVADA<br>CORRECTIONAL CENTER, | )  **ORDER**<br>)<br>) |
|     Defendant. | ) |

Plaintiff has attempted to initiate a *pro se* civil rights action in this court. Plaintiff has failed to either pay the filing fee or submit an application to proceed *in forma pauperis* on the required form. *See* 28 U.S.C. § 1915(a)(1)-(2); Local Rules of Special Proceedings 1-1, 1-2. Plaintiff has also failed to submit a complaint on the court's approved forms. LSR 2-1("[a] civil rights complaint filed by a person who is not represented by counsel shall be on the form provided by this court.").

Accordingly, plaintiff's action is dismissed without prejudice. If plaintiff wishes to pursue this matter, he should file a new action, with a new case number, using the court-approved complaint form, along with either the $350 filing fee or a completed application to proceed *in forma pauperis,* also on the court-approved form. The application must be accompanied by all required financial documentation, as described in the instructions for use of the form.

1 **IT IS THEREFORE ORDERED** that this action is **DISMISSED** without prejudice.

2 **IT IS FURTHER ORDERED** that the Clerk **SHALL SEND** plaintiff the approved forms for filing a civil rights lawsuits under 42 U.S.C. §1983, an Application to Proceed *In Forma Pauperis* by a prisoner, as well as the document "Information and Instructions for Filing a Motion to Proceed *In Forma Pauperis*."

**IT IS FURTHER ORDERED** that the Clerk shall enter judgment accordingly and close this case.

DATED this 10th day of January, 2011.

_____
UNITED STATES DISTRICT JUDGE